**AKERMAN LLP**
SARAH KROLL-ROSENBAUM (SBN 272358)
sarah.kroll-rosenbaum@akerman.com
ANTHONY D. SBARDELLATI (SBN 246431)
anthony.sbardellati@akerman.com
NANCY SOTOMAYOR (SBN 312022)
nancy.sotomayor@akerman.com
JADE T. WHITE (SBN 335651)
jade.white@akerman.com
633 West Fifth Street, Suite 6400
Los Angeles, California 90071
Telephone: (213) 688-9500
Facsimile: (213) 627-6342

Attorneys for Defendants
AMN HEALTHCARE SERVICES, INC.,
KAISER FOUNDATION HEALTH PLAN, and
KAISER FOUNDATION HOSPITALS

*Additional Counsel Listed on Signature Page*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| JEAN PAPPAS, JOHANNAH HETHERINGTON, NIKOLE DOMKE, MICHELLE ANDERSON, and JANE ANGELL, individually and on behalf of all others similarly situated. | Case No. 4:24-cv-01426-JST |
| | Assigned to the Honorable Jon S. Tigar |
| Plaintiffs, | **JOINT STIPULATED REQUEST TO CONTINUE THE DECEMBER 17, 2024 INITIAL CASE MANAGEMENT CONFERENCE AND EXTEND RELATED DEADLINES (DKT. NO. 42)** |
| v. | |
| AMN HEALTHCARE SERVICES, INC., KAISER FOUNDATION HEALTH PLAN, INC., AND KAISER FOUNDATION HOSPITALS, | [Civil Local Rule 6-2] |
| Defendants. | |

**TO THE HONORABLE JON S. TIGAR**:

On May 10, 2024, Defendants AMN Healthcare Services, Inc., Kaiser Foundation Health Plan, Inc., and Kaiser Foundation Hospitals (collectively, "Defendants") filed a Motion to Compel Arbitration and Dismiss the Action, which noticed a hearing date of July 18 (Dkt. No. 21) (the "MTCA"). The MTCA was fully briefed on July 5, 2024.

On June 6, 2024, the Parties filed a joint stipulated request to continue the initial Case Management Conference ("CMC") then set for July 2, 2024, until August 20, 2024, as well as extend related case management deadlines, so that the CMC would occur after the hearing on Defendants' MTCA, then set for July 18. The Court granted this request. (Dkt. Nos. 33, 34.) On July 8, 2024, the Court vacated the hearing on the MTCA and took the matter under submission. (Dkt. No. 37.) The Court has granted a second request of the Parties to continue the initial CMC to October 22, 2024 (Dkt. Nos. 38, 39), as well as a third request to continue the initial CMC to December 17, 2024 (Dkt. Nos. 41, 42).

Pursuant to L.R. 6-2, on November 20, 2024, counsel for Defendants asked counsel for Plaintiffs Jean Pappas, Johannah Hetherington, Nikole Domke, Michelle Anderson, and Jane Angell (collectively, "Plaintiffs") if they would stipulate to continue the December 17, 2024 CMC for approximately 60 days, as well as extend the Parties' related deadlines to file their ADR Certifications and Joint Case Management Statement accordingly. Plaintiffs agreed to Defendants' proposed stipulation. This continuance and related extensions are necessary to permit the Parties to consider the effect of the Court's ruling on the MTCA on the instant action, which has the potential to obviate the need for the initial CMC and related deadlines.

The requested continuance and extensions will preserve the Court's resources and facilitate efficient case management in the instant action by enabling the Parties to incorporate the Court's ruling on the MTCA into their case management plan and related scheduling. The Parties therefore respectfully request that the Court grant the Parties' stipulation as follows:

1. The initial CMC, currently set for December 17, 2024, shall be continued until February 17, 2025, or as soon thereafter as the Court's calendar permits.

2.   The Parties' deadline to file ADR Certifications shall be 14 calendar days before the continued CMC.

3.   The Parties' deadline to file their Joint Case Management Conference Statement shall be seven calendar days before the continued CMC.

Respectfully submitted by the Parties on this 20th day of November, 2024:

DATED:  November 20, 2024          **AKERMAN LLP**

By: */s/ Anthony D. Sbardellati*
            Sarah Kroll-Rosenbaum
            Anthony D. Sbardellati
            Nancy Sotomayor
            Jade T. White
            Attorneys for Defendants
            AMN HEALTHCARE SERVICES, INC.,
            KAISER FOUNDATION HEALTH PLAN, INC.,
            AND KAISER FOUNDATION HOSPITALS

DATED:  November 20, 2024          **STUEVE SIEGEL HANSON LLP**

By: */s/ Larkin Walsh*
            Larkin Walsh (*admitted PHV*)
            Brandi Spates (*PHV application forthcoming*)
            Ross Merrill (*PHV application forthcoming*)
            460 Nichols Road, Suite 200
            Kansas City, Missouri 64112
            Telephone: (816) 714-7100
            Facsimile: (816) 714-7101
            walsh@stuevesiegel.com
            spates@stuevesiegel.com
            merrill@stuevesiegel.com

**HARTLEY LLP**

            Jason S. Hartley
            101 W. Broadway, Suite 820
            San Diego, California 92101
            Telephone: (619) 400-5822
            hartley@hartleyllp.com

            Attorneys for Plaintiffs and the Putative Class